UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAYNE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DIANA MARSTEINER, ET AL.,<br><br>　　　　　　　　　Defendant(s). | Case No. CV 20-10066-JWH (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in *de novo* review of those portions of the original Report and Recommendation to which Plaintiff objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated:  February 25, 2021

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge