JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAYNE, <br><br> Plaintiff, <br><br> v. <br><br> DIANA MARSTEINER, ET AL., <br><br> Defendant(s). | Case No. CV 20-10066-JWH (KK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

Dated: February 25, 2021

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge